

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: Administrative Orders of the U. S. District Court          Case No. 3:40-mc-0011

SPECIAL ORDER # 5

Due to the novel coronavirus, the Court has suspended most criminal proceedings. That disruption has delayed the conclusion of criminal matters, which has postponed submission of final vouchers by panel attorneys representing clients under the Criminal Justice Act (CJA). To address the financial burden on CJA panel attorneys, the Fifth Circuit Court of Appeals issued guidelines that allow districts to enter standing orders authorizing interim vouchers with certain restrictions. The United States District Court for the Southern District of Mississippi hereby adopts those recommendations.

IT IS, THEREFORE, ORDERED

(1) CJA Panel Attorneys may submit interim vouchers for compensation—without prior court approval—provided the interim voucher exceeds $1,500 and is not submitted within two months of a prior interim voucher in the same matter.

(2) The submission of interim vouchers must not be for a period of less than two months.

(3) Each presiding judge reserves the right to delay or withhold payment on any interim voucher.

(4) Attorneys are strongly advised to submit a case budget in cases where an attorney expects the overall cost of the representation to exceed $25,000.

(5) Once the district resumes normal court operations, attorneys will be required to submit a motion for interim vouchers in individual cases

(6) Attorneys are reminded that in any case, final vouchers should be submitted no later than 45 days after the final disposition of the case unless good cause is shown.

**SO ORDERED,** this the 22nd day of May 2020.

s/ <u>*Daniel P. Jordan III*</u>
CHIEF UNITED STATES DISTRICT JUDGE